Change of Address

Old Address

Derek J. Morrison
3701 W. Sharpshin Dr.
Coeurd'Alene, ID  83815

New Address
Derek J. Morrison
3425 N. Ping Rd.
Post Falls, ID  83854

U.S COURTS
OCT 21 2015
Rcvd _____ Filed _____ Time _____ 1:24
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Case - Apply 2 Save Inc.
Case # - 09-20607-TLM

10/21/15